# JAKE LASALA

ATTORNEY AT LAW

125-10 QUEENS BOULEVARD - SUITE 320
KEW GARDENS, NEW YORK 11415
TELEPHONE 1-(718) 261-7695
FACSIMILE 1-(718) 261-3482

October 2, 2009

Hon. Sandra L. Townes
United States District Court Judge
Eastern District of New York
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **United States of America vs. Mersim Kolenovic**
      **Criminal Docket No.: 08-916 (SLT)**

Dear Judge Townes:

I am respectfully requesting on behalf of my client, Mersim Kolenovic that the bail conditions be modified, so that he may travel outside the State of New York with his immediate family, which consists of his wife and son, as well as his parents, Etem Kolenovic and Veza Kolenovic to the State of Florida to celebrate his Father's Birthday.

His itinerary will be as follows:

Departing Tuesday, October 13, 2009 from New York, JFK Airport, Jet Blue flight #81 at 1:59 p.m. arriving in Ft. Lauderdale, Florida at 5:07 p.m and returning back to New York on Tuesday, October 27, 2009 departing Fort Lauderdale, Florida, Jet Blue flight #84 at 6:35 p.m. and arriving at New York, JFK at 9:28 p.m. During his stay he will be residing with his in-laws at 300 Southeast 5th Avenue, Apt. 5080, Boca Raton, Florida, telephone number (561) 416-7336.

Additionally, during my telephone conversations with AUSA Steven Tiscione and Pre-trial Officer Robert Long regarding this matter, they have expressed no objection to this request.

Permit to respectfully thank you in advance for your consideration in this matter.

Respectfully submitted,

*Jake LaSala*

JAKE LASALA

JL/sc

cc: AUSA Steven Tiscione
    Pre-Trial Officer Robert Long